■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER JAMES LASKARIS, Appellant.— STALEY, JR., J.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.